UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:21-cv-08235-DOC (MAA)** | Date: **February 2, 2022** |
| Title | **John Klein Sloatman, III v. Kaelan Housewright et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Re: Failure to Serve Complaint

    Federal Rule of Civil Procedure 4(m) requires that service of the summons and Complaint must be made within ninety days of filing the complaint. Fed. R. Civ. P. 4(m). The Court warned Plaintiff of this deadline in its Initial Case Management Order. (ECF No. 7.)

    Here, this action was filed over ninety days ago. The docket in this case lacks filings showing that it is being timely prosecuted with respect to California Partnership to End Domestic Violence ("CPEDV") and the City of Los Angeles (the "COLA"). Specifically, Plaintiff has not filed any proofs of service of the summons and Complaint for CPEDV and COLA.

    Plaintiff is ordered to show cause, in writing, no later than **March 4, 2022**, why CPEDV and COLA should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing documents showing that the matter is being prosecuted diligently—for example, a proof of service of the summons and Complaint for CPEDV and COLA.

    **Plaintiff is cautioned that failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See** C.D. Cal. L.R. 41-1.

    It is so ordered.