# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLEIN SLOATMAN, III,<br><br>                    Plaintiff,<br><br>        v.<br><br>KAELAN HOUSEWRIGHT et al.,<br><br>                    Defendants. | Case No. 2:21-CV-08235-DOC (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge (ECF No. 51). The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1.      The Report and Recommendation of United States Magistrate Judge is ACCEPTED;

2.      Plaintiff's statement in his Opposition (ECF No. 48, at 1) that he has voluntarily dismissed Defendants Skip Doe and David AKA Pigeon is CONSTRUED as his voluntary dismissal of these Defendants;

3.      The First Amended Complaint ("FAC," ECF No. 41) is DISMISSED

1        for failure to comply with Federal Rules of Civil Procedure ("Rule") 8

2        and 9;

3    4.    Defendants Kaelan Housewright and Kathryn Jean Thyne's Motion to

4        Dismiss (ECF No. 45) the FAC is GRANTED to the extent it seeks to

5        dismiss the state law claims pursuant to Rules 8 and 9 and otherwise

6        DENIED as moot; and

7    5.    Plaintiff is GRANTED leave to file an amended complaint no later

8        than thirty days of the date of this order, but not adding any new

9        claims or defendants to the lawsuit.

DATED: September 22, 2022

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE