UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-8235-DOC (MAA)**                                                              Date: **August 1, 2023**

Title     **John Klein Sloatman III v. Kaelan Housewright et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Narissa Estrada  |  N/A  |
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Plaintiff:  |  Attorneys Present for Defendants:  |
|  N/A  |  N/A  |

**Proceedings (In Chambers):**     Order Regarding Plaintiff's Oppositions to Housewright and Thyne's Motion to Dismiss (ECF No. 85) and City of Los Angeles's Motion for Judgment on the Pleadings (ECF No. 86)

### Housewright & Thyne's Motion to Dismiss (ECF No. 85)

On June 23, 2023, Defendants Housewright and Thyne filed a Motion to Dismiss Plaintiff's revised Second Amended Complaint ("MTD"). (ECF No. 85.) Pursuant to the Court's May 16, 2023 Order, Plaintiff John Sloatman's ("Plaintiff") Opposition to the MTD was due **21 days** after service of the MTD. (ECF No. 75, at 3.) As the Court granted Plaintiff permission to electronically file (ECF No. 22), Plaintiff received notice of the MTD on the day it was filed. Thus, Plaintiff's Opposition was due **July 14, 2023**. To date, Plaintiff has not filed an Opposition to the MTD.

Plaintiff is **ORDERED TO SHOW CAUSE** by **August 31, 2023** why the Court should not recommend that Housewright and Thyne be dismissed for Plaintiff's failure to file an Opposition to the MTD. If Plaintiff files an Opposition to the MTD on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file an Opposition to the MTD will be deemed as consent to the granting of the MTD and will result in a recommendation that this action be dismissed against Housewright and Thyne. C.D. Cal. L.R. 7-12.**

### City of Los Angeles's Motion for Judgment on the Pleadings

On June 29, 2023, Defendant City of Los Angeles filed a Motion for Judgment on the Pleadings ("MJOP"). (ECF No. 86.) The August 8, 2023 hearing on the MJOP before Magistrate

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:21-cv-8235-DOC (MAA)**                                    Date: **August 1, 2023**

Title     **John Klein Sloatman III v. Kaelan Housewright et al.**

Judge Maria A. Audero is **VACATED**.  Plaintiff's Opposition to the MJOP was due thirty days after service of the MJOP—that is, **July 31, 2023**.  (ECF No. 84.)  To date, Plaintiff has not filed an Opposition to the MJOP.

Plaintiff is **ORDERED TO SHOW CAUSE** by **August 31, 2023** why the Court should not recommend that City of Los Angeles be dismissed for Plaintiff's failure to file an Opposition to the MJOP.  If Plaintiff files an Opposition to the MJOP on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file an Opposition to the MJOP will be deemed as consent to the granting of the MJOP and will result in a recommendation that this action be dismissed against City of Los Angeles.  C.D. Cal. L.R. 7-12.**

\* \* \*

**Any failure to comply with this Order will result in a recommendation of sanctions, including, but not limited to, that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.