**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KLEIN SLOATMAN, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAELEN HOUSEWRIGHT et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-08235-WLH (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (ECF No. 83); the briefs and documents filed in support of and in opposition to (1) Defendant City of Los Angeles's Motion for Judgment on the Pleadings ("MJOP," ECF No. 86) and (2) Defendants Kaelan Housewright and Kathryn Jean Thyne's Motion to Dismiss Second Amended Complaint ("MTD," ECF No. 85) (together, the "Motions"); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 95). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

///

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is accepted;

(2) Defendants Housewright and Thyne's request for judicial notice of the DOJ Report is granted as to the existence and authenticity of the DOJ Report, but not of the validity or accuracy of its contents; the Court *sua sponte* incorporates the DOJ Report by reference into the Second Amended Complaint;

(3) *Younger* abstention is not required due to Plaintiff John Klein Sloatman, III's ("Plaintiff") and Defendant Thyne's state court divorce proceeding;

(4) There is federal question jurisdiction for this action;

(5) The Motions are granted in part and denied in part as follows:

    (a) Defendant North Hollywood Police Department is dismissed with prejudice and without leave to amend;

    (b) The ADA claim is dismissed with leave to amend;

    (c) The Fifth Amendment Section 1983 claim is dismissed with prejudice and without leave to amend;

    (d) The First, Fourth, and Fourteenth Amendments Section 1983 claims are dismissed with leave to amend;

    (e) The defamation per se claim against Defendant Thyne based on her police reports is dismissed with prejudice and without leave to amend, and the defamation per se claim against Defendant Thyne based on her statements to CPS is dismissed with leave to amend;

    (f) The MTD is denied as to the intentional infliction of emotional distress claims against Defendants Housewright and Thyne;

    (g) The MTD is denied as to the negligence claim against Defendant

Thyne and granted as to the negligence claim against Defendant Housewright;

(h) The standalone conspiracy claim is dismissed with prejudice, but without prejudice to Plaintiff incorporating a theory of conspiracy into the underlying tort claims;

(i) The standalone claim for injunctive and declaratory relief is dismissed with prejudice and without leave to amend, but without prejudice to Plaintiff otherwise requesting such remedies;

(6) Plaintiff is granted leave to file a Third Amended Complaint within thirty (30) days of the date of this Order, only to correct the deficiencies discussed in the Magistrate Judge's Report and Recommendation, and not including any Defendant and claims dismissed with prejudice, and without adding any new claims (including new legal theories) or new defendants.

DATED: December 18, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE